## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                 **ORDER**
                                 Criminal File No. 04-313 (MJD/JGL)

(1) LARRY DARNELL WILLIAMS,

       Defendant.
_____

Erica MacDonald and Chris Wilton, Assistant United States Attorneys, Counsel for Plaintiff.

Larry Darnell Williams, pro se.
_____

      This matter is before the Court on Defendant Larry Darnell Williams' Motion for Acquittal Notwithstanding the Verdict [Docket No. 123], Motion to Dismiss for Ineffective Assistance of Counsel [Docket No. 124], and Motion for New Trial [Docket No. 126].  So that the Court can fully consider Williams' motions, the Government and standby counsel Calandra Harris shall file submissions addressing Williams' allegation that his investigator received a blank disk instead of a recording of Williams' telephone conversation with Nunziata Williams.  Williams' allegation is found on page three of his Memorandum of Law

in Support of Motion to Dismiss for Ineffective Assistance of Counsel.  [Docket No. 125]

**IT IS HEREBY ORDERED** that:

1. Within one week of the date of this Order, the Government shall file a submission addressing Williams' allegation.  The Government shall address the contents of any disks it turned over to the defense and the timing of those disclosures.

2. Within one week of the date of this Order, standby counsel Calandra Harris shall file a submission addressing Williams' allegation.  Harris shall state the form and contents of any disks that she turned over to Williams' private investigator and the timing of those disclosures.

Dated:   September 13, 2005                    s/ Michael J. Davis
                                                                                  Judge Michael J. Davis
                                                                                 United States District Court