## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

      Plaintiff,


v.                        **ORDER**
                        Criminal File No. 04-313 (MJD/FLN)

(1) LARRY DARNELL WILLIAMS,

      Defendant.

_____

Erica MacDonald and Chris Wilton, Assistant United States Attorneys, Counsel for Plaintiff.

Andrea K. George, Federal Public Defender, Counsel for Defendant.

_____

     **IT IS HEREBY ORDERED** that:

     The parties shall appear before the Court on Wednesday, November 23, 2005, at 9:30 a.m. for an evidentiary hearing on Defendant Larry Darnell Williams' Motion for Acquittal Notwithstanding the Verdict [Docket No. 123], Motion to Dismiss for Ineffective Assistance of Counsel [Docket No. 124], and Motion for New Trial [Docket No. 126].



Dated: November 17, 2005           s/ Michael J. Davis
                             Judge Michael J. Davis
                             United States District Court