**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

**AMENDED ORDER**
Criminal File No. 04-313 (MJD/FLN)

(1) LARRY DARNELL WILLIAMS,

Defendant.

---

Erica MacDonald and Chris Wilton, Assistant United States Attorneys, Counsel for Plaintiff.

Andrea K. George, Federal Public Defender, Counsel for Defendant.

---

**IT IS HEREBY ORDERED** that:

The parties shall appear before the Court on Monday, November 21, 2005, at 2:00 p.m. for an evidentiary hearing on Defendant Larry Darnell Williams' Motion for Acquittal Notwithstanding the Verdict [Docket No. 123], Motion to Dismiss for Ineffective Assistance of Counsel [Docket No. 124], and Motion for New Trial [Docket No. 126].

Dated: November 17, 2005

s/ Michael J. Davis
Judge Michael J. Davis
United States District Court